360 A.2d 666
Commonwealth v. Fedalen, Appellant.

Argued June 15, 1976. John P. Yatsko, with him Fitzgerald & Yatsko, for appellant; Eric J. Cox, Assistant District Attorney, and William T. Nicholas, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 672
Commonwealth, Appellant, v. Fitzgerald.

Argued June 21, 1976. Richard R. Tomsho, Assistant District Attorney, with him George J. Joseph, District Attorney, for Commonwealth, appellant; Paul McGinley and Bert R. Wiggs, III, submitted a brief for appellee.

Order affirmed.